46055.   CITY OF ATLANTA v. CHAFFIN.
46056.   CITY OF ATLANTA v. PRESLEY et al.
46057.   CITY OF ATLANTA v. PRESLEY.
46058.   CITY OF ATLANTA v. STANFORD.

BELL, Chief Judge. The city as condemnor appeals from the judgments overruling its motions for new trial in these cases. The condemnor's motions are limited to the general grounds. The transcript reveals that the respective verdicts are within the range of the evidence and thus authorized. The judgments denying the motions for new trial are

*Affirmed. Pannell and Deen, JJ., concur.*
SUBMITTED MARCH 1, 1971—DECIDED APRIL 29, 1971.

*Henry L. Bowden, Charles M. Lokey, Howard P. Wallace,* for appellant.

*Arthur A. Morrison, Hodges & Oliver, Thomas K. McWhorter,* for appellees.